No. 93–6043. SPRIGGS *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. JUSTICE GINSBURG took no part in the consideration or decision of this petition.

No. 92–7301. CONNOR *v.* UNITED STATES, 507 U. S. 1034. Motion for leave to file petition for rehearing denied.

OCTOBER 25, 1993

No. 92–1996. KEY PACIFIC MORTGAGE *v.* HELFRICH ET UX.; and ALASKA HOUSING FINANCE CORP. *v.* KURTH. C. A. 9th Cir. Certiorari dismissed as to *Key Pacific Mortgage* v. *Helfrich et ux.* under this Court's Rule 46.

OCTOBER 27, 1993

No. 93–6232. BABY BOY J. *v.* JOHNSON ET AL. Sup. Ct. Cal. Certiorari dismissed under this Court's Rule 46.2.

No. A–375 (93–6497). McFARLAND *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, granted pending the disposition by this Court of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay terminates automatically. In the event the petition for writ of certiorari is granted, this stay shall continue pending the sending down of the judgment of this Court.